**CONSUMER LEGAL SERVICES, P.C.**
CHRISTOPHER M. LOVASZ (Bar No. 303120)
JEEHO H. LIM (Bar No. 297365)
2330 Long Beach Blvd.
Long Beach, CA 90806
Telephone: (562) 424-3293
Facsimile: (562) 595-1879
E-mail: clovasz@lemonauto.com
E-mail: myu@lemonauto.com
E-mail: jlim@lemonauto.com

Attorneys for Plaintiffs SARKIS KAMALYAN and CALI ROAD RUNNER

**LEHRMAN LAW GROUP**
KATE LEHRMAN (123050)
JACQUELINE BRUCE CHINERY (187544)
ERIN TALLENT (274813)
12121 Wilshire Blvd., Suite 1300
Los Angeles, CA 90025
Telephone: (310) 917-4500
Facsimile: (310) 917-5677
E-mail: klehrman@lehrmanlawgroup.com
E-mail: jchinery@lehrmanlawgroup.com
E-mail: etallent@lehrmanlawgroup.com

Attorneys for Defendants
BMW OF NORTH AMERICA, LLC and FINCHEY CORPORATION OF
CALIFORNIA d/b/a PACIFIC BMW

JS-6

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SARKIS KAMALYAN, an individual, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al. | **CASE NO.:** 2:17-cv-9248-MWF-FFM<br>(Removed from Los Angeles County Superior Court – Case No. BC683196)<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

-1- Case No. 2:17-cv-09248-MWF-FFM
STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

| | |
|---|---|
| 1  Defendants. | Trial Date: November 12, 2019 |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs Sarkis Kamalyan and Cali Road Runner and Defendants BMW of North America, LLC and Finchey Corporation of California d/b/a Pacific BMW hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 17, 2018        CONSUMER LEGAL SERVICES, P.C.

By: /s/ Jeeho H. Lim, Esq.

Christopher M. Lovasz, Esq.
Jeeho H. Lim, Esq.
Attorneys for Plaintiffs,
SARKIS KAMALYAN and
CALI ROAD RUNNER

Dated: December 17, 2018        LEHRMAN LAW GROUP

By: /s/ Erin Tallent, Esq.

Kate S. Lehrman, Esq.
Jacqueline B. Chinery, Esq.
Erin Tallent, Esq.
Attorneys for Defendants,
BMW OF NORTH AMERICA, LLC and
FINCHEY CORPORATION OF
CALIFORNIA d/b/a PACIFIC BMW

///
///

-2-        Case No. 2:17-cv-09248-MWF-FFM
STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

| | |
|---|---|
| 1 | ORDER OF DISMISSAL |
| 2 | |
| 3 | Pursuant to the stipulation of the parties under the Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file. |

Dated: December 18, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE